IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TIM WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 3:16cv139 |
| VS. | § | |
| | § | Jury Trial Demanded |
| UPCHURCH INDUSTRIAL, LLC, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO SUMMARY JUDGMENT MOTION**

Plaintiff files this <u>unopposed</u> Motion for Extension of Time to Respond to Summary Judgment Motion.

1. Defendant filed its summary judgment motion (Doc. 12) on April 17, 2017. The docket date is May 8, 2017. Due to scheduling conflicts with other cases, Plaintiff requests an extension of the response date by four days, to Friday, May 12, 2017.

2. This motion is unopposed.

Accordingly, the Court should grant this motion and extend the response date to May 12, 2017.

Respectfully submitted,

/s/ David C. Holmes
David C. Holmes, Attorney in Charge
State Bar No. 09907150
Southern District No. 5494
13201 Northwest Freeway, Suite 800
Houston, Texas 77040
Telephone: 713-586-8862
Fax: 713-586-8863

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I certify that a copy of this document was served electronically on counsel for Defendant on May 8, 2017.

                                              /s/ David C. Holmes